# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01132-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING PAYMENT OF FILING FEES<br><br>(ECF No. 25) |

Plaintiff Christopher John Wilson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion regarding the filing fee in this action, filed January 28, 2021. (ECF No. 25.) Plaintiff states that he has had numerous amounts of cash taken from his account for the filing fee in his case, and the jail is refusing to tell him how much. Plaintiff requests that the Court inform him how much is paid on the filing fees, which he states are $400.00. (Id.)

First, Plaintiff is informed that because he is proceeding *in forma pauperis* in this action, he owes only $350.00 in filing fees for this action. (ECF No. 4.) Plaintiff is reminded that the Court collects fees based on Plaintiff's monthly income or deposits to his trust account, as required by Title 28 U.S.C. § 1915(b)(1), which states:

///

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
>
> (A) the average monthly deposits to the prisoner's account; or
>
> (B) the average monthly balance in the prisoner's account for the 6-monthly period immediately proceeding the filing of the complaint or notice of appeal.

These amounts are also withdrawn separately if Plaintiff owes filing fees in more than one legal action, or if Plaintiff owes restitution or some other debt. Therefore, it is unclear whether the referenced withdrawals from Plaintiff's trust account are related to the filing fees for this case.

The Court does not specifically track individual payments made towards a filing fee in an action. If Plaintiff wishes to see withdrawals from his own trust account to verify what payments are being made, he should consider requesting a copy of his inmate trust account statement from his current institution.

Accordingly, Plaintiff's motion regarding filing fees, (ECF No. 25), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **February 1, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE