UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>Defendants. | No. 1:19-cv-1132-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 33) |

Plaintiff Christopher John Wilson is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action while a pretrial detainee.

On March 23, 2021, the assigned magistrate judge issued findings and recommendations recommending that (1) this action proceed on plaintiff's first amended complaint, filed on March 8, 2021, against Sgt. Curtis Hankins, Sonora Police Department, and Officer Lance Durham, Sonora Police Department for excessive use of force in violation of the Fourth Amendment in connection with an alleged handcuffing incident on June 9, 2019; (2) plaintiff's requested remedies of injunctive relief and declaratory relief be dismissed; and (3) all other claims and defendants be dismissed from this action, without prejudice, due to plaintiff's failure to state claims upon which relief may be granted. (Doc. No. 33.) Those findings and recommendations

were served on all parties and contained notice that objections thereto were to be filed within fourteen (14) days. (*Id.*) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the courts finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 23, 2021 (Doc. No. 33) are adopted in full;
2. This action shall proceed on plaintiff's first amended complaint, filed on March 8, 2021, against Sgt. Curtis Hankins, Sonora Police Department, and Officer Lance Durham, Sonora Police Department, for excessive use of force in violation of the Fourth Amendment in connection with the alleged handcuffing incident of June 9, 2019;
3. Plaintiff's requested remedies of injunctive and declaratory relief are dismissed from this case;
4. All other claims and defendants are dismissed from this action, without prejudice, due to plaintiff's failure to state claims upon which relief may be granted; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **September 2, 2021**

UNITED STATES DISTRICT JUDGE

2