# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | Case No. 1:19-cv-01132-NONE-BAM |
| Plaintiff, | |
| v. | ORDER DIRECTING SERVICE OF THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS |
| TUOLUMNE COUNTY, *et al.*, | |
| Defendants. | |

The Court previously found service of the first amended complaint appropriate for the following defendants:  Sgt. Curtis Hankins (Sonora Police Department) and Officer Lance Durham (Sonora Police Department).  Accordingly, IT IS HEREBY ORDERED that:

1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

(1) One completed and issued original summons;

(2) One completed USM−285 form for each defendant to be served;

(3) Two copies of the first amended complaint filed on March 8, 2021, plus one copy for the United States Marshal;

(4) Two copies of this order, plus one one copy for the United States Marshal;

2. Within ninety days of the date of this Order, the United States Marshal shall:

a. Serve process and a copy of this order upon the defendants **Sgt. Curtis Hankins** (Sonora Police Department) and **Officer Lance Durham** (Sonora Police Department) pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

b. Within ten days after service is effectuated, the United States Marshal shall file the return of service for the defendants.

c. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on defendants within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated:   **September 29, 2021**        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2