**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01132-NONE-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 41) |

　　　　Plaintiff Christopher John Wilson ("Plaintiff"), a state prisoner proceeding pro se and *in forma pauperis*, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on August 19, 2019.  This action proceeds on Plaintiff's first amended complaint, filed on March 8, 2021, against Sgt. Curtis Hankins and Officer Lance Durham for excessive force in violation of the Fourth Amendment in connection with an alleged handcuffing incident of June 9, 2019.  (Doc. 27.)

　　　　On September 30, 2021, the Court issued an order directing the United States Marshal to initiate service of process in this action upon Defendants Sgts. Curtis Hankins (Sonora Police Department) and Officer Lance Durham (Sonora Police Department).  (Doc. 38.)  Defendant Durham returned a waiver of service, which was filed on October 14, 2021.  (Doc. 40.)  However, on September 13, 2021, the United States Marshal filed a return of service unexecuted as to Defendant Hankins.  (Doc. 39.)

1   On October 15, 2021, the Court issued an order directing Plaintiff to show cause within thirty (30) days why Defendant Hankins should not be dismissed from this action. (Doc. 41.) On October 27, 2021, Plaintiff filed a response to the Court's order to show cause and provided further identifying information about Defendant Hankins, including the following documents: (1) Sonora Police Department, Felony Arrest Report, Case 19-787, dated 06/09/2019, prepared by LD1 – Durham, Lance, and assisted by CH3 – Hankins, Curtis; (2) Sonora Police Department, Narrative, Case 19-787, prepared by LD1 Durham, Lance on 06/09/2019, and approved by CH3 Hankins, Curtis on 06/11/2019; (3) State of California Narrative/Supplement, CHP 556 form, prepared by Curtis Hankins, CH3, on 06/10/2019; and (4) Tuolumne County Jail Case Summary Information for CASE# 19-787, Arresting Officer Hankins, ID# S2, Agency: Sonora PD, dated 6/9/19. (Doc. 42 at 16-20.)

Accordingly, based on Plaintiff's response and submitted documents, the October 15, 2021 Order to Show Cause is HEREBY DISCHARGED. The Court will issue an order directing re-service on Defendant Hankins by the United States Marshal.

IT IS SO ORDERED.

Dated:   **November 16, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE