# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLUMNE COUNTY, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-01132-NONE-BAM<br><br>SECOND ORDER DIRECTING RE-SERVICE ON DEFENDANT SGT. CURTIS HANKINS BY THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS |

Plaintiff Christopher John Wilson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma* pauperis in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint, filed on March 8, 2021, against Sgt. Curtis Hankins, Sonora Police Department, and Officer Lance Durham, Sonora Police Department, for excessive use of force in violation of the Fourth Amendment in connection with the alleged handcuffing incident of June 9, 2019.

On September 30, 2021, the Court issued an order directing service on Defendants Hankins and Durham by the United States Marshal. (Doc. 38.) The order included the following information regarding Defendant Hankins: "Sgt. Curtis Hankins (Sonora Police Department)." *Id.* at 2. On October 13, 2021, the United States Marshal filed a return of service unexecuted as

to Defendant Sgt. Curtis Hankins. (Doc. 39.) The Marshal was informed by the Sonora Police Department that "there is no Curtis Hankins at Sonora Police Dept." (*Id.*)

On October 15, 2021, the Court issued an order requiring Plaintiff to show cause, within thirty days from the date of service of the order, why Defendant Hankins should not be dismissed from this action. (Doc. 41.) On October 27, 2021, Plaintiff filed a response to the Court's order to show cause and provided further identifying information about Defendant Hankins, including the following documents: (1) Sonora Police Department, Felony Arrest Report, Case 19-787, dated 06/09/2019, prepared by LD1 – Durham, Lance, and assisted by CH3 – Hankins, Curtis; (2) Sonora Police Department, Narrative, Case 19-787, prepared by LD1 Durham, Lance on 06/09/2019, and approved by CH3 Hankins, Curtis on 06/11/2019; (3) State of California Narrative/Supplement, CHP 556 form, prepared by Curtis Hankins, CH3, on 06/10/2019; and (4) Tuolumne County Jail Case Summary Information for CASE# 19-787, Arresting Officer Hankins, ID# S2, Agency: Sonora PD, dated 6/9/19. (Doc. 42 at 16-20.) Based on Plaintiff's response and submitted documents, the Court finds it appropriate to order the Marshal to attempt re-service on Defendant Sergeant Curtis Hankins, Sonora Police Department.

Accordingly, IT IS HEREBY ORDERED that:

1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

   (1) One completed and issued original summons;

   (2) One completed USM−285 form for each defendant to be served;

   (3) One copy of the first amended complaint filed on March 8, 2021, plus one copy for the United States Marshal;

   (4) One copy of this order, plus one copy for the United States Marshal;

///

///

///

2

2. Within ninety days of the date of this Order, the United States Marshal shall:

a. Serve process and a copy of this order upon the defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs:

**Sgt. Curtis Hankins, Sonora Police Department; Assisting Officer:  CH3 – Hankins, Curtis, Sonora Police Department, Felony Arrest Report, Case 19-787, dated 06/09/2019; Sonora Police Department, Narrative, Case 19-787, approved by CH3 Hankins, Curtis on 06/11/2019; State of California Narrative/Supplement, CHP 556 form, prepared by Curtis Hankins, CH3, on 06/10/2019; and Tuolumne County Jail Case Summary Information for CASE# 19-787, Arresting Officer Hankins, ID# S2, Agency: Sonora PD, dated 6/9/19.**

b. Within ten days after service is effectuated, the United States Marshal shall file the return of service for the defendant.

c.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated:   **November 16, 2021**              /s/ *Barbara A. McAuliffe*              
                                                        UNITED STATES MAGISTRATE JUDGE

3