UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>  Defendants. | No. 1:19-cv-1132-NONE-BAM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGMENT; DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 33) |

Christopher John Wilson is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action while a pretrial detainee. This case is proceeding only in connection with Plaintiff's claim, contained in his first amended complaint filed on March 8, 2021, (Doc. 27), against Sgt. Curtis Hankins and Officer Lance Durham, of the Sonora Police Department, for excessive use of force in violation of the Fourth Amendment in connection with an alleged handcuffing incident on June 9, 2019. (*See* Doc. 35.)

Defendants Hankins and Durham filed a motion for summary judgment. (Doc. 65.) In that motion, they argue Defendants' motion should be granted for three reasons: (1) Plaintiff never complained of the handcuffs to anyone, nor was he injured by them; (2) Durham was not presented with any "realistic opportunity" to intercede; and (3) both Hankins and Durham are entitled to qualified immunity. (*Id*.) Defendants presented legal authorities and evidence,

1  including by way of first-person declarations, supporting these arguments. (*See* Docs. 64-2–64-5.)
2  Plaintiff did not respond to the motion at all. As of the date of this Order, any opposition is now
3  approximately three months overdue. *See* E.D. Cal. L. R. 230(c).

4      Pursuant to this Court's Local Rule 230(c), a failure to file a timely opposition may be
5  construed by the Court as a non-opposition to the motion. In addition, having reviewed all the
6  papers filed in connection with the motion in light of the entire record, the Court finds that the
7  motion is well-founded for the reasons set forth in the Defendants' papers. Accordingly, the
8  motion for summary judgment is GRANTED and the Clerk of Court is directed to enter judgment
9  in favor of Defendants

11  IT IS SO ORDERED.

12      Dated:   **March 30, 2023**                                      /s/ Jennifer L. Thurston
                                                                          UNITED STATES DISTRICT JUDGE